```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
MICHAEL GRECCO PRODUCTIONS, INC.,

                Plaintiff,

        - against -

TIME USA, LLC and PIXELS.COM, LLC,                        ORDER

                Defendants.                        20 Civ. 4875 (NRB)
--------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated September 15, 2020 and September 28, 2020, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.

Plaintiff is reminded that if, consistent with Rule 11, he can assert additional allegations to cure any alleged deficiencies raised by defendants' letter, it would be in the best interest of both the parties and the Court for plaintiff to assert them now, before briefing on the proposed motion. Plaintiff is thus granted leave to file an amended complaint within two weeks of this Order. At that time, if no amended complaint has been filed, the parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendants' motion to the filing of defendants' reply.

**SO ORDERED.**

Dated: New York, New York
September 29, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE