UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL GRECCO PRODUCTIONS, INC.,

                    Plaintiff,

-against-

TIME USA, LLC and PIXELS.COM, LLC,

                    Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2021

20 **CIVIL** 4875 (NRB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 27, 2021, defendants' motion to dismiss is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

        July 28, 2021

                                                **RUBY J. KRAJICK**

                                                Clerk of Court

                          BY:

                                                **Deputy Clerk**